Nos. 715 and 716. WRIGHT v. UNION CENTRAL LIFE INS. CO. February 28, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Samuel E. Cook, Wm. Lemke, Elmer McClain* and *Ray M. Foreman* for petitioner. *Messrs. Arthur S. Lytton, Louis M. Mantynband, Stanley K. Henshaw,* and *Virgil D. Parish* for respondent.

No. 706. NATIONAL LABOR RELATIONS BOARD v. MACKAY RADIO & TELEGRAPH CO. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Solicitor General Reed* and *Mr. Charles Fahy* for petitioner. *Messrs. H. W. O'Melveny* and *Howard L. Kern* for respondent.

No. 723. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. NATIONAL GROCERY CO. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Solicitor General Reed* for petitioner. *Messrs. Edwin F. Smith* and *James D. Carpenter, Jr.* for respondent.

No. 779. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. GERHARDT;

No. 780. SAME v. WILSON; and

No. 781. SAME v. MULCAHY. February 28, 1938. Petition for writs of certiorari to the Circuit Court of Ap-